UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.             Case No. 2:25−cr−20259−MAG−KGA
             Hon. Mark A. Goldsmith

Jason Robert,

      Defendant(s),

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear: Jason Robert

The defendant(s) shall appear before District Judge Mark A. Goldsmith at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SENTENCING: October 20, 2025 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

            By: s/Joseph Heacox
              Case Manager

Dated: September 9, 2025